UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 04693
BRYANT SMITH
MALINDA D SMITH                           CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
SSN XXX-XX-6906      SSN XXX-XX-8203
```

--------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/16/07 .

    2.   The case was dismissed without confirmation, 09/07/2007.

    3.   The Debtor paid a total of $   4375.00 .

    4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOME LOAN SERVICES INC | SECURED | .00 | .00 | .00 |
| HOME LOAN SERVICES INC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 600.00 |
| LIGHTHOUSE FINANCIAL GRO | SECURED VEHIC | .00 | .00 | 200.00 |
| MIRAGE HOMEOWNERS ASSOC | SECURED | .00 | .00 | 168.00 |
| ILLINOIS DEPT OF PUBLIC | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MCM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TEX COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

              Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00          .00          .00          .00          .00
PRINCIPAL PAID           968.00          .00          .00          .00       968.00
INTEREST PAID               .00          .00          .00          .00          .00
TOTAL PAID               968.00          .00          .00          .00       968.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    2500.00
and was paid $     886.00   direct and $    1614.00   through the plan.

The Trustee received $       69.00 .

Refunds to the Debtor totaled $    1724.00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/19/07                        /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE